IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIBBY GUZZO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MASON MCDUFFIE MORTGAGE CO., et al.,<br><br>　　　　　Defendants. | Case No. 23-cv-05788-MMC<br><br>**ORDER DISMISSING FEDERAL CLAIM AGAINST ADAM ROSEN; REMANDING REMAINING CLAIMS TO STATE COURT** |

By order filed March 29, 2024, the Court directed plaintiff Libby Guzzo ("Guzzo") to show cause, in writing and no later than April 12, 2024, why her claim under the Graham-Leach-Bliley Act ("GLBA") asserted against Adam Rosen ("Rosen"), the sole remaining defendant, should not be dismissed without leave to amend, for failure to state a claim. Guzzo has not filed a response.

Accordingly, the GLBA claim asserted against Rosen is, for the reasons stated in the Court's order of March 29, 2024, hereby DISMISSED without leave to amend.

Each of the remaining claims against Rosen arises under state law. Under such circumstances, and as the above-titled action remains at the early stages, no response to the Complaint having been filed to date by Rosen, the Court finds it appropriate to decline to exercise supplemental jurisdiction over the remaining state law claims. See 28 U.S.C. § 1367(c)(3) (providing district court may decline to exercise supplemental jurisdiction where it has "dismissed all claims over which it has original jurisdiction").

Accordingly, the above-titled action is hereby REMANDED to the Superior Court of California, in and for the County of San Francisco.

**IT IS SO ORDERED.**

Dated: April 16, 2024

　　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　　United States District Judge